# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER:  07-po-01129 |
| TOTYUS F. SHARIGIAN | Matthew C. Golla (Defendant's Attorney) |

**THE DEFENDANT:**  Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1382.P | Entering Military Property Without Authorization | January 23, 2007 | 1 |

Defendant sentenced to six months unsupervised probation, with condition of 10 days jail suspended upon successful completion of probation. Other conditions: $10 special assessment fee and $25 processing fee to be paid within 30 days of this date. Defendant may NOT enter Buckley Air Force Base Exchange and Commissary until 1/24/08, for any reason, or he will be in violation of his probation. Defendant is not to commit any shoplifting offenses during probation.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $10.00 and $25 Processing Fee | None |

July 27, 2007
_____
Date of Imposition of Judgment

s/Craig B. Shaffer
_____
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
_____
Name & Title of Judicial Officer

_____
Date